## Guilford v. Ernstein.

APPEAL from Henry Circuit Court.

Tried before the Hon. J. M. CARMICHAEL.

T. M. ESPY and G. L. COMER, for appellant.

A. E. PACE, *contra.*

This was an attachment suit brought by the appellee against the appellants. There was judgment for the plaintiff. Reversed and remanded.
Opinion by COLEMAN, J.

---

## Freeman v. The State.

APPEAL from Shelby Circuit Court.

Tried before the Hon. GEORGE E. BREWER.

W. S. CAREY, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for the statutory offense of, seduction. Judgment affirmed.
Opinion by HEAD, J.

---

## Miller v. Kahn & Co.

APPEAL from Wilcox Circuit Court.

Tried before the Hon. JOHN MOORE.

MILLER & BONNER, for appellant.